RECEIVED

JUN 29 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLNOIS
## EASTERN DIVISION

**Gregg Moore** v. **Illinois Board of Election** & **Ian K. Linnabary**; now plus
State      **Senator Darien Bailey** – the acclaimed Winner of the June
28, 2022 Republican Primary

### Case No.

Motion to Modify Appeal Complaint because of Violation of Human Rights, and
to **TRANSFER** to the United States District Court of Northern District of
Illinois EASTERN DIVISION and a **Request for a Re-run of the Illinois
Republican Gubernatorial Primary** held yesterday June 28, 2022 to now be
between the acclaimed Winner State Senator Darien Bailey and underdog
Gubernatorial Candidate GREGG MOORE for failure to certify Moore to be on
the ballot by the Illinois State Board of Election and until yesterday of Decision
the Appellate Court of the First District Refused to Rule nor notify Moore of its
Decision **Re. *Thomas v. Comm'r., T.C. Memo. 2020-33 (2020)***

**EBIA Comment:** This case highlights the risks of waiting until the last
minute to file—and the lesson applies broadly, including to benefit
plan filings. Senders should consider using registered or certified mail
to obtain a postmark receipt from the USPS to evidence timely mailing
and, therefore, timely filing.

**Moore request by a Modified Complaint/Appeal that the Court Order for a
Re-Run Election between acclaimed winner of the Republican
Gubernatorial Primary DARIEN BALLEY and himself GREGG MOORE for
gross violation of Moore's fundamental human rights in not vindicating
him speedily to be placed on the ballot before Election Day but for the
refusal of the State of Illinois Board of Election to place MOORE on the
ballot in the first instance in light of his timely filing on March 14, 2022
Re.** *Thomas v. Comm'r., T.C. Memo. 2020-33 (2020)*

Candidate GREGG MOORE 99500
1930 S 13th Avenue Broadview, Illinois,
60155-3173 (708) 830 2980

Cc: Illinois Board of Election 2329 S MacArthur Boulevard Springfield IL 62705
(217 782 4141
Darien Bailey 152 Church Street Louisville, IL 62858
Darren@SenDarrenBailey.com
David Lam 100 W Randolph 13th Flr., Chicago, IL 60601 David.Lam@ilag.gov

1:22-cv-03432
Judge Virginia M. Kendall
Magistrate Judge M. David Weisman
RANDOM

**This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.**

| | | |
|---|---|---|
| **STATE OF ILLINOIS, CIRCUIT COURT**<br><br>Cook _____ **COUNTY** | **ORDER FOR WAIVER OF COURT FEES** | *For Court Use Only* |

| Instructions ▼ | |
|---|---|
| Directly above, enter the name of the county where the case was filed. | |
| Enter the name of the person who started the lawsuit as Plaintiff/Petitioner. | Gregg Moore<br>**Plaintiff / Petitioner** *(First, middle, last name)*<br>Email: greggmoore@yahoo.com |
| Enter the name of the person being sued as Defendant/Respondent. | v. |
| Enter the Case Number given by the Circuit Clerk or leave this blank if you do not have one. | State Board of Elections<br>**Defendant / Respondent** *(First, middle, last name)*     2022COEL000002<br>                                          **Case Number** |

| | |
|---|---|
| Enter your full name as "Applicant." | **Applicant Name:**   Gregg                     Moore<br>                              *First*            *Middle*            *Last* |

**The Court having reviewed the *Application for Waiver of Court Fees* hereby finds:**

1. ☒ The applicant **qualifies** for a **full (100%)** waiver of all fees, costs, and charges because *(check only one)*:

   a. ☐ The applicant receives means-based government assistance under one or more of the following programs:
   - Supplemental Security Income (SSI) (Not Social Security)
   - Aid to the Aged, Blind and Disabled (AABD)
   - Temporary Assistance for Needy Families (TANF)
   - SNAP(Food Stamps)
   - General Assistance (GA), Transitional Assistance, or State Children and Family Assistance

   **OR**

   b. ☒ The applicant's personal income is **125%** or less of the current poverty level as established by the U.S. Department of Health and Human Services and the Applicant's non-exempt assets under 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 are such that the applicant is unable to pay the fees, costs, or charges;

   **OR**

   c. ☐ Payments of fees, costs, and charges would result in substantial hardship to the applicant or his or her family.

2. ☐ The applicant **qualifies** for a **partial** *(75%, 50%, or 25%)* waiver of all fees, costs, and charges because the applicant's household income is *(check one)*:

   ☐ more than **125%** but not greater than **150%** *(75% waived)*; OR
   ☐ more than **150%** but not greater than **175%** *(50% waived)*; OR
   ☐ more than **175%** but not greater than **200%** *(25% waived)*
   of the current poverty level as established by the US Department of Health and and Human Services and the Applicant's non-exempt assets under 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 are such that the applicant is unable

WA-O 604.4                               Page 1 of 2                                (07/19)

Enter the Case Number given by the Circuit Clerk: 2022COEL000002

to pay the fees, costs, or charges.

3. ☐ The applicant must **provide additional information and attend a hearing** before the court decides if the applicant qualifies for a fee waiver.

4. ☐ The applicant **does not qualify** for a fee waiver because *(must state specific reason):*

_____

_____

**IT IS HEREBY ORDERED:**

A. ☒ *Application for Waiver of Court Fees* is **GRANTED.**

    i. ☒ The applicant qualifies for a **full waiver**, and may participate in this case without payment of fees, costs, or charges.

        OR

    ii. ☐ The applicant qualifies for a **partial fee waiver** as follows *(check one):*

        ☐ **75%** of all fees, costs, and charges **are waived** *(and the applicant must pay 25% of all fees, costs, and charges).*

        ☐ **50%** of all fees, costs, and charges **are waived** *(and the applicant must pay 50% of all fees, costs, and charges).*

        ☐ **25%** of all fees, costs, and charges **are waived** *(and the applicant must pay 75% of all fees, costs, and charges).*

Charges included in this waiver are: filing, service of process, publication, mediation, guardian ad litem, or any other court ordered fees listed in 735 ILCS 5/5-105(a)(2)(1).

    ☐ The applicant must pay fees, costs, and charges currently due by: _____
                                                                       *Date*

    OR

    ☐ Upon good cause shown, the applicant may make payments as follows *(describe deferral, installment plan, or other reasonable terms):*

_____

_____

**This order expires one year from the date of this order.** The applicant may reapply before or after the expiration date.

B. ☐ *Application for Waiver of Court Fees* is **SET FOR HEARING** on _____
                                                                            *Date*

    at _____ in courtroom: _____
       *Time*

    The applicant must bring the following documents: _____

_____

C. ☐ *Application for Waiver of Court Fees* is **DENIED.** The applicant must pay all fees, costs, and charges currently due by: _____
                                                                 *Date*

ENTERED
Judge James R. Carroll - 2109
JUN 06 2022

IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
COOK COUNTY, IL
06-07-2022

| DO NOT complete this section. The judge will sign and date here. | **ENTERED:** |
| --- | --- |

**ENTERED:**

_James L. Carroll_           06-07-2022
*Judge*      #2109              *Date*

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, COUNTY DIVISION**

| | |
|---|---|
| Gregg Moore,<br>        Plaintiff,<br><br>v.<br><br>Illinois Board of Elections,<br>Ian K. Linnabary,<br>        Defendants. | Case No. 22 COEL 2<br>Calendar 7<br><br>Hon. Paul A. Karkula<br>Judge Presiding |

## ORDER

This matter comes before the Court on May 18, 2022 for argument on Defendants' Motion to Dismiss. Plaintiff present *pro se*, Defendants present through counsel, and the Court fully advised, it is hereby ordered:

1. Defendant's motion to dismiss **GRANTED** pursuant to 735 ILCS 5/2-619(a)(1) for lack of subject matter jurisdiction based on Plaintiff's untimely filing of his nomination papers. This is a final and appealable order.

2. This matter is offcall.

ENTERED:

*Paul A. Karkula*
Judge Paul A. Karkula

**ENTERED**

May 18, 2022

Iris Y. Martinez
Clerk of the Circuit Court
of Cook County, IL

DEPUTY CLERK _____ *N/A*

Prepared by:
David Lam, Assistant Attorney General
General Law Bureau, Office of the Attorney General
100 W. Randolph St., 13th Fl., Chicago, Illinois 60601
(312) 814-6594, David.Lam@ilag.gov
Attorney Code: 99000



# Illinois Supreme Court Rules

## Article III – Civil Appeals Rules

**Rule 335. Direct Review of Administrative Orders by the Appellate Court**
**A. The Petition for Review**

IN THE APPELLATE COURT OF ILLINOIS
FOR THE First ▼ DISTRICT

| | |
|---|---|
| GREGG ABRAHAM MOORE | Petition for Review of Order of the |
| [Name of Petitioner], | ILLINOIS BOARD of ELECTIONS |
| Petitioner, | [Name of Agency] |
| | |
| v. | 22 COEL 2    Calender 7 |
| | Docket Number |
| ILLINOIS BOARD OF ELECTIONS & | |
| IAN K. LINNABARY | |
| [Names of Agency and Other Parties of Record], | |
| Respondent, | |

[Name of Petitioner] GREGG ABRAHAM MOORE

_____ hereby petitions the court for review of the order [or part of the order] PETITION DISMISSAL _____ of the [name of agency] ILLINOIS STATE BOARD ofELECTIONS IN SPRINGFIELD 2329 Mac Arthur Blvd which [describe the order or part as to which review is sought]

Moore on 03/14/22 arrived in Springfield, IL to file nomination papers at 10:30AM by Metra and despite prior arrangements for Huber in Cook did not meet one waiting for him on arrival at the Springfield train terminal and all efforts to secure one or regular taxi failed. But on being shown by a stranfer that Jesse White Office, a first stop b4 isbe was nearby walked there but the situatioi did not improve by 5 so mailed at USPO but allwas entered on May 18, [returned.]   , 20 22 .

1930S 13th Ave Broadvie IL60155#9950(

(708) 830-2908

Attorney for Petitioner Address

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Appellate Courts.

| | |
|---|---|
| **Instructions ▼** | ☐ **THIS APPEAL INVOLVES A MATTER SUBJECT TO EXPEDITED DISPOSITION UNDER RULE 311(a).** |
| Check the box to the right if your case involves parental responsibility or parenting time (custody/visitation rights) or relocation of a child. | |

**APPEAL TO THE APPELLATE COURT OF ILLINOIS**

FIRST ▼ **District**

**from the Circuit Court of**

Cook ▼ **County**

Just below "Appeal to the Appellate Court of Illinois," enter the number of the appellate district that will hear the appeal and the county of the trial court.

**In re**   PRE - ELECTION MATTERS APPEAL

GREGG ABRAHAM MOORE

**Plaintiffs/Petitioners** *(First, middle, last names)*

☑ **Appellants**   ☐ **Appellees**

v.

ILLINOIS BOARD OF ELECTIONS & IAN K.LINNABARY

**Defendants/Respondents** *(First, middle, last names)*

☐ **Appellants**   ☑ **Appellees**

**Trial Court Case No.:**
22 COEL 2

**Honorable**
PAUL A. KARKULA

**Judge, Presiding**

**Supreme Court Rule:**
1 & 9

If the case name in the trial court began with "In re" (for example, "In re Marriage of Jones"), enter that name. Below that, enter the names of the parties in the trial court, and check the correct boxes to show which party is filing the appeal ("appellant") and which party is responding to the appeal ("appellee").

To the far right, enter the trial court case number, the trial judge's name, and the Supreme Court Rule that allows the appellate court to hear the appeal.

## NOTICE OF APPEAL

In **1**, check the type of appeal.

For more information on choosing a type of appeal, see *How to File a Notice of Appeal.*

**1.   Type of Appeal:**

☑ Appeal
☐ Interlocutory Appeal
☐ Joining Prior Appeal
☐ Separate Appeal
☐ Cross Appeal

In **2**, list the name of each person filing the appeal and check the proper box for each person.

**2.   Name of Each Person Appealing:**

Name:   GREGG                    ABRAHAM              MOORE
          *First*                      *Middle*                  *Last*

☐ Plaintiff-Appellant      ☑ Petitioner-Appellant

**OR**

☐ Defendant-Appellant      ☐ Respondent-Appellant

Name: _____

            *First*             *Middle*             *Last*

☐ Plaintiff-Appellant      ☐ Petitioner-Appellant

**OR**

☐ Defendant-Appellant      ☐ Respondent-Appellant

---

*In **3**, identify every order or judgment you want to appeal by listing the date the trial court entered it.*

**3.** **List the date of every order or judgment you want to appeal:**

05/21/2022
_____
*Date*

_____
*Date*

_____
*Date*

---

*In **4**, state what you want the appellate court to do. You may check as many boxes as apply.*

**4.** **State your relief:**

☐ reverse the trial court's judgment *(change the judgment in favor of the other party into a judgment in your favor)* and ☐ send the case back to the trial court for any hearings that are still required;

☐ vacate the trial court's judgment *(erase the judgment in favor of the other party)* and ☐ send the case back to the trial court for a new hearing and a new judgment;

☑ change the trial court's judgment to say: Plaintiff's plea is reasonable substantial and solid given the prevailing situation in Springfied on 3/14/22, the last filing date. His nomination papers be deemed timely filed and if above required minimum be placed on the primary ballot

☐ order the trial court to: _____
_____
_____

☐ other: _____
_____

and grant any other relief that the court finds appropriate.

---

*If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign by hand and print your name. Fill in your address, telephone number, and email address, if you have one.*

/s/
_____
*Your Signature*

GREGG MOORE
_____
*Your Name*

greggmoore1@yahoo.com
_____
*Email*

1930 S 13th Avenue
_____
*Street Address*

Broadview, IL 60155 - 3173
_____
*City, State, ZIP*

_____    99500
*Telephone*       *Attorney # (if any)*

*All appellants must sign this form. Have each additional appellant sign the form here and enter their complete name, address, telephone number, and email address, if they have one.*

**Additional Appellant Signature**

/s/
_____
*Signature*

_____
*Name*

_____
*Email*

_____
*Street Address*

_____
*City, State, ZIP*

_____    _____
*Telephone*       *Attorney # (if any)*

---

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

**PROOF OF SERVICE** *(You must serve the other party and complete this section)*

<table>
<tr><td>

In **1a**, enter the name, mailing address, and email address of the party or lawyer to whom you sent the document.

</td></tr>
<tr><td>

In **1b**, check the box to show how you sent the document, and fill in any other information required on the blank lines.

</td></tr>
<tr><td>

In **1b**, check the box to show how you are sending the document.

**CAUTION:** If you and the person you are sending the document to have an email address, you **must** use one of the first two options. Otherwise, you may use one of the other options.

</td></tr>
</table>

1. I sent this document:

   a. To:

      Name:    DAVID                 LAM
                   *First*         *Middle*        *Last*

      Address: 100 W RANDOLPH ST., 13th Fl., CHICAGO, ILLINOIS 60601
                   *Street, Apt #*      *City*      *State*      *ZIP*

      Email address: David.Lam@ilag.gov

   b. By:

      ☑ An approved electronic filing service provider (EFSP)

      ☐ Email *(not through an EFSP)*

      *Only use one of the methods below if you do not have an email address, or the person you are sending the document to does not have an email address.*

      ☐ Personal hand delivery to:

           ☐ The party

           ☐ The party's family member who is 13 or older, at the party's residence

           ☐ The party's lawyer

           ☐ The party's lawyer's office

      ☐ Mail or third-party carrier

<table>
<tr><td>

In **c**, fill in the date and time that you sent the document.

</td></tr>
</table>

   c. On: 05/23/2022
            *Date*

      At: 10:00     ☑ a.m.   ☐ p.m.
            *Time*

2. I sent this document:

   a. To:

      Name:
                   *First*         *Middle*        *Last*

      Address:
                   *Street, Apt #*      *City*      *State*      *ZIP*

      Email address:

<table>
<tr><td>

In **2**, if you sent the document to more than 1 party or lawyer, fill in **a**, **b**, and **c**. Otherwise leave **2** blank.

</td></tr>
</table>

   b. By:

      ☐ An approved electronic filing service provider (EFSP)

      ☐ Email *(not through an EFSP)*

      *Only use one of the methods below if you do not have an email address, or the person you are sending the document to does not have an email address.*

      ☐ Personal hand delivery to:

           ☐ The party

           ☐ The party's family member who is 13 or older, at the party's residence

           ☐ The party's lawyer

           ☐ The party's lawyer's office

      ☐ Mail or third-party carrier

   c. On:
            *Date*

      At:          ☐ a.m.   ☐ p.m.
            *Time*

In **3**, if you sent the document to more than 1 party or lawyer, fill in **a**, **b**, and **c**. Otherwise leave **2** blank.

3. I sent this document:

   a.   To:

       Name: _____

              *First*          *Middle*          *Last*

       Address: _____

              *Street, Apt #*     *City*     *State*     *ZIP*

       Email address: _____

   b.   By:

      ☐  An approved electronic filing service provider (EFSP)

      ☐  Email *(not through an EFSP)*

      *Only use one of the methods below if you do not have an email address, or the person you are sending the document to does not have an email address.*

      ☐  Personal hand delivery to:

         ☐  The party

         ☐  The party's family member who is 13 or older, at the party's residence

         ☐  The party's lawyer

         ☐  The party's lawyer's office

      ☐  Mail or third-party carrier

   c.   On: _____

          *Date*

      At: _____ ☐ a.m. ☐ p.m.

         *Time*

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**I certify that everything in the Proof of Service is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.**

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign by hand and print your name.

/s/ _____

*Your Signature*

GREGG ABRAHAM MOORE _____     99500 _____

*Print Your Name*                       *Attorney # (if any)*

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Appellate Courts.

| | |
|---|---|
| **Instructions ▼** | ☐ **THIS APPEAL INVOLVES A MATTER SUBJECT TO EXPEDITED DISPOSITION UNDER RULE 311(a).** |
| Check the box to the right if your case involves parental responsibility or parenting time (custody/visitation rights) or relocation of a child. | |
| Enter the appellate court case number. | **Appellate Case No.:** _____ |
| Just below "In the Appellate Court of Illinois," enter the number of the appellate district where the appeal was filed. | **IN THE APPELLATE COURT OF ILLINOIS**<br><br>First _____ **District** |

| | | |
|---|---|---|
| If the case name in the trial court began with "In re" (for example, "In re Marriage of Jones"), enter that phrase. If the case name did not begin with "In re," enter the names of the parties as they appeared in the trial court documents. Below each party name check either **Appellant** if the party filed the appeal or **Appellee** if the party is responding to the appeal. | **In re** MOORE V. BOARD OF ELECTIONS _____<br><br><br><br>**Plaintiffs/Petitioners** in trial court *(First, middle, last names)*:<br>☑ **Appellants**   ☐ **Appellees**<br>GREGG ABRAHAM MOORE<br>_____<br>_____<br>_____<br>*v.* | **Appeal from the Circuit Court of** Cook **County**<br><br>**Trial Court Case No:**<br>22 COEL 2 _____<br><br>**Trial Judge:**<br>PAUL A. KARKULA _____<br><br>**Date of Notice of Appeal:**<br>05/21/2022 _____ |
| At the far right, enter the trial court county, trial court case number, the trial judge's name, date of the notice of appeal, date of the judgment, date of the ruling on any post-judgment motion, and the Supreme Court Rule that allows the appellate court to hear the appeal. | **Defendants/Respondents** in trial court *(First, middle, last names)*:<br>☐ **Appellants**   ☑ **Appellees**<br>ILLINOIS STATE BOARD OF ELECTIOND AND<br>IAN K, LINNABARY<br>_____ | **Date Judgment was entered:**<br>05/18/2022 _____<br><br><br>**Date Post-Judgment Motion was ruled on:** _____<br><br>**Supreme Court Rule:** 311(a) _____ |

## DOCKETING STATEMENT (CIVIL)

| | |
|---|---|
| In **1**, check "Yes" if this appeal is related to another appeal and write the docket (case) number of any other appeal. Check "No" if this appeal is not related to another appeal. | **1.** Is this a cross-appeal, separate appeal, joining in a prior appeal, or related to another appeal that is currently pending or that has been decided by this court?<br>☐ Yes   ☑ No<br><br>If yes, list the docket numbers of the other appeals:  N/A _____ |

Enter the Case Number given by the Appellate Clerk: _____

**In 2,** if any party, either Appellant or Appellee, is a corporation or business association, write the name of any company related to that corporation or business association.

2. If any party is a corporation or association, identify any affiliate, subsidiary, or parent group:

_____

**In 3,** enter your full name and other contact information. If there are other appellants besides you, include all their names and contact information on the *Additional Appellant Information* form and attach it to this *Docketing Statement (Civil)* and put a check in the box. If you have a lawyer, fill in their information below "Lawyer on Appeal for appellant filing this statement." If there is more than one lawyer for the appellants, check the box and fill out the *Additional* form. Insert it after this page.

3. Full name and complete address of appellant filing this statement:

| GREGG | ABRAHAM | MOORE |
|---|---|---|
| *First* | *Middle* | *Last* |

| 1930 SOUTH 13th AVENUE | |
|---|---|
| *Street, Apt #* | *Telephone number* |

| BROADVIEW | IL | 60155 | 708 830 2908 |
|---|---|---|---|
| *City* | *State* | *ZIP* | *Email address* |

☐ I have listed additional appellants on the *Additional Appellant Information* form.

Lawyer on Appeal for appellant filing this statement:

| | | |
|---|---|---|
| *First* | *Middle* | *Last* |

| | |
|---|---|
| *Street, Apt #* | *Telephone number* |

| | | | |
|---|---|---|---|
| *City* | *State* | *ZIP* | *Email address* |

| | |
|---|---|
| *Lawyer Registration Number* | *Fax number* |

☐ I have listed additional lawyers on the *Additional Lawyer on Appeal Information* form.

**In 4,** you must enter the full name and contact information for all appellees you are filing your appeal against. If there is more than one appellee, include all their names and contact information on the *Additional Appellee Information* form and put a check in the box. You must also enter the full name and contact information for each lawyer. If you don't know the name of an appellee's lawyer, fill in the name and address of their trial lawyer. If there is more than one appellee or more than one lawyer for the appellee, check the box and fill out the *Additional Lawyer on Appeal Information* form. Insert it after this page.

4. Full name and complete address of appellee:

| ISBE & IAN | K | LINNABARY |
|---|---|---|
| *First* | *Middle* | *Last* |

| 2329 MAC ARTHUR BLVD | |
|---|---|
| *Street, Apt #* | *Telephone number* |

| SPRINGFIELD | IL | |
|---|---|---|
| *City* | *State* | *ZIP* | *Email address* |

☐ I have listed additional appellees on the *Additional Appellee Information* form.

Lawyer for appellee:

| DAVID | | LAM |
|---|---|---|
| *First* | *Middle* | *Last* |

| 100 W RANDOLPH ST.13th Fl., | (773) 590-7815 |
|---|---|
| *Street, Apt #* | *Telephone number* |

| CHICAGO | IL | 60601 | David.Lam@ilag.gov |
|---|---|---|---|
| *City* | *State* | *ZIP* | *Email address* |

| | |
|---|---|
| *Lawyer Registration Number* | *Fax number* |

☐ I have listed additional lawyers on the *Additional Lawyer on Appeal Information* form.

Enter the Case Number given by the Appellate Clerk: _____

| | |
|---|---|

**In 5,** enter the name and address of the court reporter who recorded the hearing in the trial court. If the hearing was electronically recorded, contact the trial court clerk's office to order the transcript. If there was no court reporter or recording, then leave **5** blank.

**5.** Court reporter information:

| MAUREN | | MARCHESE |
|---|---|---|
| *First* | *Middle* | *Last* |

| 50 WEST WASHINGTON | CHICAGO | IL | 60601 |
|---|---|---|---|
| *Street Address* | *City* | *State* | *Zip* |

| (312) 603-4351 | maurenmarchese@cookcountyil.gov |
|---|---|
| *Telephone* | *Email address* |

☐ I have listed additional court reporters on the *Additional Court Reporter Information* form.
*(If there was more than one court reporter, check the box above and fill out the Additional Court Reporter Information form. Insert it before this page.)*

**In 6,** check "Yes" if your case involves parental responsibility or parenting time (custody/visitation rights) or relocation of a child. There are special rules that apply to speed up these appeals.

**6.** Is this appeal from a final order in a matter involving child custody, allocation of parental responsibilities, or relocation of a minor child under Illinois Supreme Court Rule 311(a), which requires **Mandatory Accelerated Disposition?**

☑ Yes ☐ No

If yes, this *Docketing Statement (Civil)*, and all other notices, briefs, motions, and pleadings filed by any party shall include the following statement in bold type on the top of the front page:

**THIS APPEAL INVOLVES A MATTER SUBJECT TO EXPEDITED DISPOSITION UNDER RULE 311(a).**

**In 7,** briefly write down your reasons for filing this appeal. If you don't list a reason here, you will still be able to bring it up later.

**7.** State the general issues you want to raise in your appeal:

Petitions to run for IL Governor were not acepted but returned preventing Moore from taking part in the TV Gubernatoral debate that started yesterday. This document was taken to Spring field on 03/14/22 & because of lack of transportation all day after first trekking to Jesse White' to file a required document & obtained a receipt to be filed along, unavoidable filed via US PO

**In 8a,** enter the date you filed your Request for Preparation of Record on Appeal with the trial court.

**In 8b,** enter the date you delivered your Request for Report of Proceedings (Transcripts) to the court reporter you listed above in **5.** If there was no court reporter or recording, leave **8b** blank.

**8.** I certify that

a. on this date 05/25/2022 _____ I filed a request with the trial court clerk to
             *Date*
prepare the appeal record on appeal.

b. on this date 05/25/2022 _____ I made a written request to the court
             *Date*
reporting personnel to prepare the transcripts, a copy of which is attached to this

*Docketing Statement.*

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name. Fill in your address, telephone number, and email address, if you have one.

| /s/ | 1930 S 13th AVENUE |
|---|---|
| *Your Signature* | *Street Address* |

| GREGG ABRAHAM MOORE | BROADVIEW, ILLINOIS 60155-3173 |
|---|---|
| *Print Your Name* | *City, State, ZIP* |

| greggmoore1@yahoo.com | (708) 830-2908 | 99500 |
|---|---|---|
| *Email* | *Telephone* | *Attorney # (if any)* |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

Enter the Case Number given by the Appellate Clerk: _____

**PROOF OF SERVICE** *(You must serve the other party and complete this section)*

| | |
|---|---|
| In **1a**, enter the name, mailing address, and email address of the party or lawyer to whom you sent the document. | **1.** I sent this document: |

1. **a.** To:

    Name: DAVID — LAM

    First       Middle       Last

    Address: 100 W RANDOLPH ST., 13th Fl., CHICAGO, ILLINOIS 60601

    Street, Apt #    City    State    ZIP

    Email address: David.Lam@ilag.gov

In **1b**, check the box to show how you sent the document, and fill in any other information required on the blank lines.

In **1b**, check the box to show how you are sending the document.

**b.** By:

☑ An approved electronic filing service provider (EFSP)

☐ Email *(not through an EFSP)*

*Only use one of the methods below if you do not have an email address, or the person you are sending the document to does not have an email address.*

CAUTION: If you and the person you are sending the document to have an email address, you **must** use one of the first two options. Otherwise, you may use one of the other options.

☐ Personal hand delivery to:

    ☐ The party

    ☐ The party's family member who is 13 or older, at the party's residence

    ☐ The party's lawyer

    ☐ The party's lawyer's office

☐ Mail or third-party carrier

In **1c**, fill in the date and time that you sent the document.

**c.** On: 05/25/2022

     Date

At: 4:00    ☐ a.m.   ☑ p.m.

     Time

In **2**, if you sent the document to more than 1 party or lawyer, fill in **a**, **b**, and **c**. Otherwise leave **2** blank.

**2.** I sent this document:

**a.** To:

Name: _____

First       Middle       Last

Address: _____

Street, Apt #    City    State    ZIP

Email address: _____

In **2b**, check the box to show how you are sending the document.

CAUTION: If you and the person you are sending the document to have an email address, you **must** use one of the first two options. Otherwise, you may use one of the other options.

**b.** By:

☐ An approved electronic filing service provider (EFSP)

☐ Email *(not through an EFSP)*

*Only use one of the methods below if you do not have an email address, or the person you are sending the document to does not have an email address.*

☐ Personal hand delivery to:

    ☐ The party

    ☐ The party's family member who is 13 or older, at the party's residence

    ☐ The party's lawyer

    ☐ The party's lawyer's office

☐ Mail or third-party carrier

**c.** On: _____

     Date

At: _____ ☐ a.m.   ☑ p.m.

     Time

# APPELLATE COURT OF ILLINOIS FIRST JUDICIAL DISTRICT CHICAGO

GREGG MOORE—PLAINTIFF-APPELLANT          TRIAL COURT No. 22COEL2

.          – AGAINST –          APPELLATE COURT No.   1-22-0783

ILLINOIS STATE BOARD OF ELECTIONS & – DEFENDANTS/APPELLEES

IAN K LANNABARY

---

## APPELLANT'S BRIEF

---

DR. GREGG MOORE, PLAINTIFF/APPELLANT

1930 S 13TH AVENUE BROADVIEW, IL 60155-3173

(708) 830 – 2908 GREGGMOORE1@YAHOO.COM

# 1 TABLE OF CONTENTS

TABLE OF CONTENT                                    I

INTRODUCTION                                        1

STATEMENT OF JURISDICTION

STATUS INVOLVED

STATEMENT OF FACTS

ARGUMENT

SUMMARY

CONCLUSION                                          9

APPENDIX

I

**2 AN INTRODUCTORY PARAGRAPH STATING (i) THE NATURE OF THE ACTION AND OF THE JUDGEMENT APPEALED FROM AND WHETHER THE JUDGMENT WAS BASED UPON THE VERDICT OF A JURY AND (ii) WHETHER ANY QUESTION IS RAISED ON THE PLEADINGS, AND IF SO, THE NATURE OF THE QUESTION:** This is an election case requiring and expedited action but Primary election is only 2 weeks away and TV Debates have been going on availing Illinois electorate to see hear and access the eligible candidates so as to determine who their Governor should be but Moore is conspicuously absent because of a simple error of the Board of Election which it does not wish to own up to. Regrettably the lower Court in Daley Center acquiesced itself to that wrong decision of the board. This was not a Jury Trial bit a bench Trial

**3 STATEMENT OF THE ISSUE OR ISSUES PRESENTED FOR REVIEW, WITHOUT DETAIL OR CITATION OF AUTHORITIES:** Petitions to run for IL Governor were not accepted by the Board of Election preventing Moore from taking part in the ongoing TV Gubernatorial debate that started a week ago. On getting to Springfield on the last day of filing on 3/14/22 at 10:30 AM and because of lack of transportation all day after first trekking to Jesse White's Office to file a required document and obtained a receipt to be filed alongside Moore's nominating petitions, unavoidably filed via US Post Office which by law is acceptable by law but Defendant Board disqualified Moore and prevented him from running his petitions duly filed. Yet  Plaintiff/Candidate Moore did all that was needful to get enough signatures, that is above the        .../1

minimal requirement, even resigning his job in Romeoville, Illinois in mid-February when he realized he was lagging behind; and he got to Springfield on the last day to file but couldn't get to the Board on South MacArthur Boulevard due to the dirge of or lack of transportation in the capital city on March 14, 2022; but instead went to US Post Office that was nearby Jesse White's Office on 111 East Monroe, entered before 5:00PM – the closing time of the two sister agencies and mailed – THANK GOD. Yet his nominating petitions were returned in error by the Board of Elections.

**STATEMENT OF JURISDICTION:** The district court and this court have subject matter jurisdiction over this case pursuant to Illinois Supreme Court Rule 22 (h) Also by Illinois Supreme Court Rules 301 through 375 and 601 through 633

**5 STATUS INVOLVED:** Title 39 Postal Service and Title 26 U.S.C. 7502 provides that, if the requirements of such section are met, a document shall be deemed to be filed on the date of the postmark stamped on the cover in which such document was mailed. Thus, if the cover containing such document bears a timely postmark, the document will be considered filed timely although it is received after the last date, or the last day of the period, prescribed for filing such document. Title 26 U.S.C. 7502 is applicable only to those documents which come within the definition of such term provided by paragraph (b) of this ..../2

section  and only if the document is mailed in accordance with paragraph (c) of this section and is delivered in accordance with paragraph (d) of this section.

## 6 STATEMENT OF FACTS: *Document defined.*

**(2)MAILING REQUIREMENTS** This subsection shall apply only if—

    **(A)** the postmark date falls within the prescribed period or on or before the prescribed date—

The term *document,* as used in this section, means any return, claim, statement, or other document required to be filed within a prescribed period or on or before a prescribed date under authority of any provisions of 26 U.S.C. enforced and administered by the Bureau)

Plaintiff's nomination petitions, which are almost 2,00 far above the minimum required to be on the Republican Primary ballot as stated in the Defendants' motion to dismiss; and these Primary just 2 weeks away now. It was wrongly, illegally and arrogantly returned on heeding the advice of the Board Counsel to call in for questions and or clarification when Plaintiff called and stated the same very fact herein stated but the Honorable lady, a high ranking legal attorney with the Illinois State Board of Election refused to listen or heed. And when threatened with a legal suit, simply and quietly responded: we shall be ready for you in the court of law!

## 7 ARGUMENT:

### (c) *Mailing requirements.*

**(1)** Title 26 U.S.C. 7502 is not applicable unless the document is mailed in accordance with the following requirements: ..../3

**(i)** The document must be contained in an envelope or other appropriate wrapper, properly addressed to the agency, officer, or office with which the document is required to be filed.

**(ii)** The document must be deposited within the prescribed time in the mail in the United States with sufficient postage prepaid. For this purpose, a document is deposited in the mail in the United States when it is deposited with the domestic mail service of the U.S. Postal Service, as defined by the postal regulations (39 CFR Part 2). Title 26 U.S.C. 7502 does not apply to any document which is deposited with the mail service of any other country.

**(A)** If the postmark on the envelope or wrapper is made by the U.S. Postal Service, such postmark must bear a date on or before the last date, or the last day of the period, prescribed for filing the document. If the postmark does not bear a date on or before the last date, or the last day of the period, prescribed for filing the document, the document will be considered not to be filed timely, regardless of when the document is deposited in the mail. Accordingly, the sender who relies upon the applicability of 26 U.S.C. 7502 assumes the risk that the postmark will bear a date on or before the last date, or the last day of the period, prescribed for filing the document, but see paragraph (c)(2) of this section, with respect to the use of registered mail or certified mail to avoid this risk. If the postmark on the envelope or wrapper is not legible, the person who is required to file the document .../4

has the burden of proving the time when the postmark was made. Furthermore, in case the cover containing a document bearing a timely postmark made by the U.S. Postal Service is received after the time when a document postmarked and mailed at such time would ordinarily be received, the sender may be required to prove that it was timely mailed.

The Defendant Board did not even argue that the nomination papers were mailed on the last day to file: March 14, 2022 which incidentally was Candidate Moore's birthday but argued that it received it after that date. And when it appeared that the Board's defending attorney seemed to get the Plaintiff's argument it now switched gear to say but it was date stamped by 5:11 PM which was after the closing time of the Board's official working hours! Which incidentally too was outside the official working hours of the sister Governmental Agency that dutifully delivered the valuable document that Moore could not himself on that day to 2329 South MacArthur Boulevard; as a result of the dirge or public transportation to get to the Board's Office from Jesse White's Office on East Monroe where even Moore trekked to, holding his phone in his hand as a result of a Good Samaritan he met who helped to called for other taxis and Huber with Moore's phone but no positive result and mention on searching for Moore's first and only stop point before getting to the Board, the Jesse White's Office to collect a Receipt to Run for Governor which must mandatorily be included in the over five thousand nominating petitions he took with him from Broadview Illinois to deliver in Person to the Board at its MacArthur address in Springfield Illinois. But unfortunately could get there as started above because he parked his car in Downtown Chicago to board the Springfield bound Metra that departed at 7:15 AM arriving at 10:30 AM. And if .../5

not for the necessary diversion to Jesse White's Office, and with help of that Good Samaritan from Chicago that morning who incidentally mention that he too was on the same Amtrak with Moore and his team member, maybe he could have help program Moore's phone to 2329 MacArthur Blvd in Springfield, and should Moore has also worked, no matter how far from the Amtrak train stop, would have been there before 2:00 PM since 10:30 AM that he arrived in Springfield that day. Also would love to give credit to the Security outside the Capital Building that prevented Moore from going in to ask any staffer to take him to MacArthur at any cost. For not only did he helped to call taxi services of operators he knew personally, when 4 PM was far past and Moore asked him where the nearest US Post Office is located just pointed and saying 2 blocks away. So making Moore to enter just before 5:00 PM. But as stated above the attorney for the Defendant Board in his motion to dismiss stressed that 5:11PM was past the time the Board closed to which Plaintiff-Candidate Moore replied: had Moore been at the Board that day before 5PM as he was at the Sister Agency and having other Candidates and or Candidates Agents ahead of him, will they then send him out at just after 5PM or collect him nominating petitions from him and still mailed it back to him as they did? Although the trail Judge know all these because he stopped Moore in Oral Argument and said all that he had read and so unfortunately granted the Boards motion to dismiss. Grateful though that honorable Judge in his Dismissal Order said his order is Appealable.  Thank you Judge Karkula And according to law this nominating papers were appropriately and timely delivered. Re.

**(d) _Delivery._  (1)** Title 26 U.S.C. 7502 is not applicable unless the document is delivered by U.S. mail to the agency, officer, or office with.../6

Which it required to be filed. (2). The Title U.S.C. 7502 is applicable only when the document is delivered after the last date, or the last day of the period, prescribed for filing⋯

**SUMMARY (EXTENSION OF STATUS INVOLVED)**   A worthy case citation is:

LINCOLN C. PEARSON AND VICTORIA K. PEARSON, Petitioners v. COMMISSIONER OF INTERNAL REVENUE, Respondent      149 T.C. No. 20 Docket No. 11084-15.

According Hon Lauber **Under** I.R.C. sec. 6213(a), **the last day for Ps to petition the Court was Apr. 22, 2015. The Court received their petition via certified mail on Apr. 29, 2015. The envelope containing the petition was properly addressed and had been deposited at a U.S. post office with sufficient postage prepaid through Stamps.com, a USPS-approved commercial vendor. Affixed to the envelope containing the petition was a Stamps.com postage label bearing the date Apr. 21, 2015, the date on which the postage was paid and the label printed. The envelope did not bear a USPS postmark. The USPS entered the envelope into its tracking system for certified mail on Apr. 23, 2015.**

1. Held: The date shown on the Stamps.com postage label was a "postmark[] not made by the United States Postal Service" within the meaning of I.R.C. sec. 7502(b). . .

2. Held, further, data retrieved from the USPS tracking system for certified mail is not "a postmark made by the U.S. Postal Service"  within the meaning of sec. 301.7502-1(c)(1)(iii)(B)(3), Proced. & Admin. Regs.                    .../7

3. Held, further, Ps' petition was timely mailed under subdiv. (iii)(B)(1) or (2) of sec. 301.7502-1(c)(1), Proced. & Admin. Regs., and was timely filed under I.R.C. sec. 7502(b).

4. Held, further, the Court has jurisdiction over Ps' case. Tilden v. Commissioner, 846 F.3d 882 (7th Cir. 2017), rev'g and remanding T.C. Memo. 2015-188, followed. Paul W. Jones, for petitioners. Skyler K. Bradbury, David W. Sorensen, and Robert A. Varra, for respondent. OPINION

In brief although the mail was received after the last day file April 22, the US Mails by its stamp date certified that it postage was paid for and Printed on April 21 at stamps.com, a USPS approved commercial vendor. It was ruled as timely though Candidate Moore did not even go through Stamps.com but actually got into the US Post Office on East Monroe before 5 PM when the door was locked and mailed which makes his nominating petitions timely filed; especially when the law stats it must get there latest by 2 or 3 days after. Looking at point 3 above it the court held, further, that Ps' petition was timely under subdiv. (iii)(B)(1) or (2) of sec. 301.7502-1(c)(1), Proceed. & Admin. Regs., and was timely filed under I.R.C.sec.7502(b). We however should not forget Rule 29: Filing of Documents, Special Notifications; Corporate Disclosure Statement

1...,    .                                                              .../8

**2** A document is timely if it is received by the clerk in paper form within the time specified for filling; **OR** if it is sent to the Clerk through the **United States Postal Service** by first class mail (including express or priority mail,) postage prepaid, and bears a postmark, other than a commercial postage meter, label, showing that the document was mailed <u>on or before the last day for filing</u> to a third party commercial carrier for delivery to the Clark **within 3 calender days**...

**3**... If service is by mail or third-party commercial carrier, it shall consist of **depositing the document with the United States Postal Service, with no less than first-class postage prepaid, or delivery to the carrier for delivery within 3 calendar days**, addressed···at the proper address.

**CONCLUSION** Plaintiff(Candidate) Moore's plea is reasonable and the evidence provided in the argument and Summary of Argument is substantial and solid given the prevailing situation in Springfield on March 14, 2022, the last day of filing Nomination Petitions; and especially the US Constitution regarding timely filing, Moore's should be placed on the Republican Primary ballot of June 28, 2022.    .../9

**APPENDIX:** These are the nominating petitions that are separately filed for share size (volume); only the first page was presented at the lower court.

Sincerely, _[signature]_ Gregg Moore (Attorney # 99500)

1930 S 13th Avenue  Broadview IL 60155   + 1 708 830 2908

Certificate of Compliance: I certify that this brief conforms to the requirement of Rule 341 (a) and (b). The length of this brief excluding, the pages and words of pages 341 (d) cover, Rule 341 (h)(1) table of contents and statements of points and author, rule 341 (c) **1500 Words**

**PROOF OF SERVICE**                         This Brief will be mailed to David Lam Esq at David.Lam@ilag.gov of 100 Randolph Street, 13th Floor Chicago, IL 60601 (312) 814 6595 at this same time this document is filed with the Appellate Court. A copy with also be sent to xyz who did not complete the case at the lower level but has asked Moore to send to him too, stating that David Lam passed all filing to him

DEPONENT _[signature]_

.                                                                              ···/10